In the Matter of GEORGE H. GERLICH, as Committee of AUGUST GERLICH, an Incompetent Person, Respondent.

VETERANS ADMINISTRATION, Appellant; IRVING AARON, as Special Guardian of AUGUST GERLICH, Respondent.

(Submitted January 21, 1935; decided January 24, 1935.)

*Irving Aaron* for motion.
*James A. Clark* opposed.
Motion denied, with ten dollars costs.